IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW STEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:21-cv-02243-JPB |
| DEVKI LAXMI LLC, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

COMES NOW Devki Laxmi, LLC, Defendant herein, and files its answer and affirmative defenses, respectfully showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint should be dismissed for failure to state a claim upon which relief may be granted.

### SECOND DEFENSE

Out of an abundance of caution and without the benefit of full discovery, Defendant asserts that Plaintiff's Complaint may be barred by the doctrines of estoppel and/or res judicata.

### THIRD DEFENSE

Out of an abundance of caution and without the benefit of full discovery, Defendant asserts that Plaintiff's Complaint may be barred, in whole or in part, because Plaintiff lacks standing to pursue the claims asserted.

### FOURTH DEFENSE

Out of an abundance of caution and without the benefit of full discovery, Defendant asserts that Plaintiff's Complaint is barred, in whole or in part, because her claims for attorneys' fees are unreasonable.

### FIFTH DEFENSE

Out of an abundance of caution and without the benefit of full discovery, Defendant asserts that Plaintiff's Complaint is barred by the lack of a justiciable case or controversy.

### SIXTH DEFENSE

Out of an abundance of caution and without the benefit of full discovery, Defendant asserts that Plaintiff's Complaint may be barred in whole or in part due to the doctrine of laches and/or the applicable statute of limitations.

Without prejudice to the affirmative defenses stated above, Defendant responds to the individually numbered paragraphs of Plaintiff's Complaint as follows:

## JURISDICTION AND VENUE

1.

Defendant admits this court has personal and subject matter jurisdiction over this action but denies the remaining allegations of paragraph 1 of Plaintiff's Complaint.

2.

Defendant admits the allegations contained in this paragraph of the complaint.

## PARTIES

3.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph of the complaint and therefore must deny the same.

4.

Defendant admits the allegations contained in this paragraph of the Complaint.

5.

Defendant admits the allegations contained in this paragraph of the complaint.

6.

Defendant admits allegations contained in this paragraph of the Complaint.

7.

Defendant admits the allegations of paragraph 7 of Plaintiff's Complaint.

8.

Defendant admits the allegations contained in paragraph 8 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS

9.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph of the complaint and therefore must deny the same.

10.

Defendant admits the allegations contained in this paragraph of the Complaint.

11.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph of the Complaint and therefore must deny the same.

12.

Defendant denies the allegations contained in this paragraph of the complaint.

13.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph of the complaint and therefore must deny the same.

14.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph of the complaint and therefore must deny the same.

15.

Defendant denies the allegations contained in this paragraph of the complaint.

## COUNT I
## VIOLATIONS OF THE ADA AND ADAAG

16.

Defendant admits the allegations contained in this paragraph of the complaint.

17.

Defendant admits the allegations contained in this paragraph of the complaint.

18.

Defendant admits the allegations contained in this paragraph of the complaint.

19.

Defendant admits the allegations contained in this paragraph of the complaint.

20.

Defendant admits the allegations contained in this paragraph of the Complaint.

21.

Defendant admits the allegations of paragraph 21 of Plaintiff's Complaint.

22.

Defendant admits that certain public accommodations were required to conform while others were "grandfathered in." Any remaining allegations contained in this paragraph of the Complaint are denied.

23.

Defendant admits the allegations contained in this paragraph of the Complaint.

24.

Defendant admits that the Facility must be in compliance with the ADA and ADAAG but denies the remaining allegations contained in this paragraph of the Complaint.

25.

Defendant admits that the Property must be in compliance with the ADA and ADAAG but denies the remaining allegations contained in this paragraph of the Complaint.

26.

Defendant denies the allegations contained in paragraph 26 of the Complaint.

27.

Defendant denies the allegations contained in this paragraph of the Complaint.

28.

Defendant denies the allegations of paragraph 28 of Plaintiff's Complaint.

29.

Defendant denies the allegations contained in this paragraph of the complaint.

30.

Defendant admits the Facility sits upon a raised concrete foundation but denies the remaining allegations contained in this paragraph of the Complaint.

31.

Defendant denies the allegations contained in paragraph 31 of the Complaint.

32.

Defendant denies the allegations contained in this paragraph of the Complaint.

33.

Defendant denies the allegations contained in paragraph 33 of Plaintiff's Complaint.

34.

Defendant denies the allegations contained in this paragraph of the complaint.

35.

Defendant denies the allegations contained in this paragraph of the Complaint.

36.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 36 of the Complaint and therefore must deny the same.

37.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 37 of the Complaint and therefore must deny the same.

38.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 38 of the Complaint and therefore must deny the same.

39.

Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 39 of the Complaint and therefore must deny the same.

40.

Defendant denies the allegations contained in this paragraph of the Complaint.

41.

Defendant denies the allegations contained in paragraph 41 of Plaintiff's Complaint.

42.

Defendant denies the allegations contained in this paragraph of the complaint.

43.

Defendant denies the allegations contained in this paragraph of the complaint.

Defendant denies that Plaintiff is entitled to the relief requested in the individually numbered paragraphs (a) through (e) following paragraph 43 of the complaint.

WHEREFORE, having asserted its affirmative defenses and having answered Plaintiff's Complaint, Defendant demands judgment that Plaintiff's Complaint be dismissed with all costs against Plaintiff, that Plaintiff be ordered to pay its reasonable attorney's fees and expenses, and such other and further relief as this Court deems just and proper.

## JURY DEMAND

Defendant demands a jury trial for all issues so triable.

Respectfully submitted this 20th day of August, 2021.

/s/ Mary E. Meyer
Mary E. Meyer
Georgia Bar No. 427356
mmeyer@jafferlaw.com
Attorney for Defendant

Jaffer Law, P.C.
3538 Habersham at Northlake, Bldg. D
Tucker, Georgia 30084
Telephone: (770) 939-8720
Facsimile: (770) 676-0717

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system which automatically send notice to all counsel of record.

Respectfully submitted this 20th day of August, 2021.

/s/ Mary E. Meyer
Mary E. Meyer
Georgia Bar No. 427356
mmeyer@jafferlaw.com
Attorney for Defendant

Jaffer Law, P.C.
3538 Habersham at Northlake, Bldg. D
Tucker, Georgia 30084
Telephone: (770) 939-8720
Facsimile: (770) 676-0717