UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW STEIN,<br><br>   Plaintiff,<br><br>v.<br><br>DEVKI LAXMI LLC,<br><br>   Defendant. | CIVIL ACTION NO.<br>1:21-CV-02243-JPB |

## ORDER

This matter is before the Court on the parties' Joint Stipulation for Approval of Consent Decree and to Dismiss with Prejudice [Doc. 14]. Having reviewed the Consent Decree, the parties' stipulation is **GRANTED**.

**IT IS HEREBY ORDERED** that the parties' Consent Decree is approved, and Plaintiff's claims are **DISMISSED** with prejudice, with each party to bear their own attorney's fees and costs except as otherwise stipulated between the parties pursuant to the Consent Decree. The Court shall retain jurisdiction to enforce the terms of the Consent Decree.

**SO ORDERED** this 29th day of September, 2021.

J. P. BOULEE
United States District Judge